# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI HANSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIRLINES, INC., a Delaware corporation, and DOES 1 - 50, Inclusive,<br><br>　　　　Defendants. | CASE NO. 8:19-CV-02042AB (DFMx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[Assigned for All Purposes to: The Hon. André Birotte, Jr.]<br><br><br>Action Filed:　October 25, 2019<br>FSC Date:　　　March 26, 2021<br>Trial Date:　　　April 13, 2021 |

Based on the stipulation of the parties, and good cause appearing, IT IS ORDERED that this action is dismissed with prejudice.

Dated: February 01, 2021

_____
The Honorable André Birotte, Jr.

---
1
[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE